IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. COLES ) | Civil Action No. 08-1154 |
| ) | |
| Plaintiff, ) | Judge Gary L. Lancaster |
| ) | |
| v. ) | Electronically Filed |
| ) | |
| SJ&N, INCORPORATED, ) | |
| and COMCAST OF PITTSBURGH ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, it is hereby ORDERED that the above-captioned matter is DISMISSED, WITH PREJUDICE, each party to bear its own fees and costs.

Date: 12/16/08

Gary L. Lancaster, J.